# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 22-MJ-01 |
| v. | SECTION: |
| MAURICE TROSCLAIR | |
| Defendant | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

The defendant, MAURICE TROSCLAIR, moves this Court to allow the undersigned attorney, Tanzanika Ruffin, to enroll as his counsel of record.

WHEREFORE, the foregoing considered, it is prayed that this motion be granted.

Respectfully Submitted:

/S/ Tanzanika Ruffin
4000 Bienville St, Suite C
New Orleans, LA 70119
T: 504.482.6172
F: 504.482.6171

## CERTIFICATE OF SERVICE

I hereby certify that on APRIL 20, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system

/S/ Tanzanika Ruffin
Tanzanika Ruffin

1

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 22-MJ-01 |
| v. | SECTION: |
| MAURICE TROSCLAIR | |
| Defendant | |

**<u>ORDER</u>**

Considering the Foregoing Motion,

IT IS ORDERED, ADJUDGED AND DECREED, that Tanzanika Ruffin, be permitted to enroll as counsel for the Defendant, MAURICE TROSCLAIR.

BATON ROUGE, Louisiana, this _____ day of _____, 2022

_____
JUDGE

2